NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AKAMAI TECHNOLOGIES, INC.,**
*Plaintiff-Appellant,*

**AND**

**THE MASSACHUSETTS INSTITUTE OF TECHNOLOGY,**
*Plaintiff-Appellant,*

**v.**

**LIMELIGHT NETWORKS, INC.,**
*Defendant-Cross Appellant.*

---

2009-1372, -1380, -1416, -1417

---

Appeals from the United States District Court for the District of Massachusetts in case nos. 06-CV-11109 and 06-CV-11585, Judge Rya W. Zobel.

- - - - - - - - - - - - - - - - - - - -

---

**MCKESSON TECHNOLOGIES INC. (FORMERLY MCKESSON INFORMATION SOLUTIONS, LLC),**
*Plaintiff-Appellant*

**v.**

**EPIC SYSTEMS CORPORATION**
*Defendant-Appellee.*

---

2010-1291

---

Appeal from the United States District Court for the Northern District of Georgia in case no. 06-Cv-2965, *Chief Judge* Jack T. Camp.

---

**ON MOTION**

---

# O R D E R

Amicus Curiae San Diego Intellectual Property Law Association ("SDIPLA") moves for an five-day extension of time to file its brief in support of Defendant-Cross Appellant Limelight Networks, Inc. in Appeal No. 2009-1372.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The SDIPLA's motion is granted.

(2)  The deadline for all amicus briefs in both 2009-1372 and 2010-1291 will be August 15, 2011.

FOR THE COURT


<u>August 10, 2011</u>                    /s/ Jan Horbaly
      Date                         Jan Horbaly
                                   Clerk


cc:  Donald R. Dunner, Esq.
     Robert S. Frank, Jr., Esq.
     Aaron M. Panner, Esq.
     Daryl L. Joseffer, Esq.
     William H. Boice, Esq.
     All Amici Counsel